IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN A. NEUSTEIN, and ARLENE NEUSTEIN, his wife, <br> Plaintiffs, <br><br> vs <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, also known as GEICO, also known as GEICO GENERAL INSURANCE COMPANY, <br> Defendant. | Civil Action No. 18-645 |

## ORDER

AND NOW this 17th day of December, 2018, after Defendant having filed a notice of removal (ECF No. 1) and a motion to dismiss Count III of the amended complaint (ECF No. 11) and a brief in support thereof (ECF No. 12), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by Plaintiff (ECF No. 19), and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 17), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED Defendants' motion to dismiss is GRANTED (ECF No. 11), and that Count III of the amended complaint is dismissed.

s/ Arthur J. Schwab
ARTHUR J. SCHWAB
United States District Judge